| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** RECEIVED | DOCKET NUMBER *(Tran. Court)* SA-05-CR-459-01-RF |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:07cr109 WKW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Naza Ray Cook Montgomery, Alabama | DISTRICT WESTERN TEXAS | DIVISION US Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE W. Royal Furgeson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM April 26, 2006 | TO October 25, 2007 |

Received 2007 MAY 11 (stamp)
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

OFFENSE

Counterfeiting Obligations or Securities of the United States, 18 U.S.C. § 471

**FILED**
MAY 0 8 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Middle District of Alabama</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

05/12/06
Date

*Royal Furgeson*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/6/06
Effective Date

*W. Keith Watkins*
United States District Judge